IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN COBB,** individually and on behalf of all others similarly situated**,** )<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| ) | Case No. 3:20-CV-1057-MAB |
| vs. )<br>) | |
| **SWAN SURFACES, LLC,** )<br>) | |
| **Defendant.** ) | |

# JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Dismissal filed on October 28, 2020 (Doc. 9), and the Order entered on October 29, 2020 (Doc. 10), this action is voluntarily **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), each party to bear its own costs and fees.

DATED: October 29, 2020

                                          **MARGARET M. ROBERTIE,**
                                          **Clerk of Court**

                                          BY:  /s/ *Jennifer Jones*
                                                **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                  **MARK A. BEATTY**
                  **United States Magistrate Judge**